**Albert LANE, Appellant, v. FITZSIMMONS STORES, Limited, and Thriftimart Stores, Appellees.**

**SAME v. VAN'S MARKETS, a Corporation, Appellee.**

**SAME v. GREAT ATLANTIC & PACIFIC TEA COMPANY, a Corporation, Appellee.**

No. 11202.

Circuit Court of Appeals, Ninth Circuit.

Jan. 13, 1948.

Albert Lane, in pro, per. for appellant.

Mitchell, Johnson & Bates, of Los Angeles, Cal., for appellees.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

These appeals are dismissed for want of prosecution.